No. 134. HARBISON *v.* LEWELLYN, FORMERLY COLLECTOR;
  No. 135. BROOKS *v.* SAME;
  No. 136. LEWIS *v.* SAME;
  No. 137. MORGANROTH *v.* SAME;
  No. 138. CROFT *v.* SAME;
  No. 139. WILLEY *v.* SAME;
  No. 140. WALKER *v.* SAME;
  No. 141. YOUNGMAN *v.* SAME;
  No. 142. REIF *v.* SAME;
  No. 143. PONTEFRACT *v.* SAME;
  No. 144. HARBISON *v.* SAME;
  No. 145. HARBISON *v.* SAME;
  No. 146. McQUILLEN *v.* SAME;
  No. 147. SEAVER *v.* SAME; and
  No. 148. HILLEMAN *v.* SAME. October 14, 1929. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. J. E. McCloskey, Jr.,* and *F. H. Atwood* for petitioners. *Solicitor General Hughes* and *Messrs. Howard T. Jones* and *Millar E. McGilchrist* for respondent.

No. 150. MONTGOMERY COTTON MILLS, INC., *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Stanley Hinrichs* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. George C. Butte* and *R. C. Williamson* for the United States.